UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER A. PRICE,<br><br>    Plaintiff,<br><br>vs.<br><br>ONEWEST BANK GROUP, LLC, dba<br>INDYMAC MORTGAGE SERVICES, *et al.*,<br><br>    Defendants. | Case No.  2:12-cv-02030-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  Counsel for Defendants removed this matter to federal court on November 27, 2012.  Defendants filed a Motion to Dismiss (#6) on December 10, 2012.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 15, 2013** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 5th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge